# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GARY MITCHELL,

    Plaintiff,

v.

                                            Case No. 1:24-CV-2236-SCJ-CCB

NCB MANAGEMENT SERVICES, INC.,

    Defendant.

_____/

## NCB MANAGEMENT SERVICES, INC.'S
## NOTICE OF APPEARANCE

COMES NOW Kirsten H. Smith of SESSIONS, ISRAEL & SHARTLE, LLC, and hereby enters their appearance on behalf of Defendant, NCB Management Services, Inc. in the above-captioned matter.

Dated: July 8, 2024                     Respectfully Submitted,

                                          */s/ Kirsten H. Smith*
                                          Kirsten H. Smith, Esq.
                                          Georgia Bar No. 702220
                                          SESSIONS, ISRAEL & SHARTLE, LLC
                                          3838 N. Causeway Blvd., Suite 2800
                                          Metairie, LA 70002
                                          Telephone: (504) 846-7943
                                          ksmith@sessions.legal
                                          *Counsel for Defendant*
                                          *NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2024, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by U.S. Mail, including ProSe Plaintiff at the address listed below.

Gary Mitchell<br>
1647 Watersprings Way<br>
Dacula, GA  30019

/s/ Kirsten H. Smith
Attorney