UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA (ATLANTA)

| | |
|---|---|
| GARY MITCHELL, | § § § |
| Plaintiff, | § § |
| v. | § § |
| NCB MANAGEMENT SERVICES INC. | § § § § |
| Defendants. | § § |

1:24-CV-02236-SCJ-CCB

## DEFENDANT NCB MANAGEMENT SERVICES INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, NCB Management Services, Inc. ("NCB"), through counsel and pursuant to the Federal Rules of Civil Procedure, hereby submits its Answer and Affirmative Defenses to the Complaint filed by plaintiff, Gary Mitchell, and states:

## INTRODUCTION

1. NCB admits only that plaintiff filed this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, and the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* but denies any and all violations, liability, damages, and/or wrongdoing under the law. Except as specifically admitted, NCB denies the allegations in ¶ 1.

1

## JURISDICTION AND VENUE

2. NCB denies the allegations in ¶ 2 as calling for a legal conclusion.

## PARTIES

1. NCB denies the allegations in ¶ 1 for lack of knowledge or information sufficient to form a belief therein.

2. NCB denies the allegations in ¶ 2 as calling for a legal opinion.

3. NCB admits only that its principal place of business is in Trevose, PA but otherwise denies the allegations in ¶ 3.

4. NCB denies the allegations in ¶ 4 as calling for a legal conclusion.

5. NCB denies the allegations in ¶ 5 as calling for a legal conclusion.

6. NCB denies the allegations in ¶ 6 as calling for a legal conclusion.

## BACKGROUND: THE FCRA

7. NCB denies the allegations in ¶ 7 as calling for a legal conclusion.

## FACTUAL ALLEGATIONS

8. NCB reasserts the foregoing as if fully stated herein.

9. NCB admits only that plaintiff obtained credit from Exeter Finance but otherwise denies the allegations in ¶ 9.

10. NCB denies the allegations in ¶ 10 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

11. NCB denies the allegations in ¶ 11.

12. NCB denies the allegations in ¶ 12.

13. NCB denies the allegations in ¶ 13 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

14. NCB denies the allegations in ¶ 13 for lack of knowledge or information sufficient to form a belief therein.

15. NCB denies the allegations in ¶ 15 for lack of knowledge or information sufficient to form a belief therein.

16. NCB denies the allegations in ¶ 16.

17. NCB denies the allegations in ¶ 17 for lack of knowledge or information sufficient to form a belief therein and as calling for a legal conclusion.

18. NCB denies the allegations in ¶ 18 for lack of knowledge or information sufficient to form a belief therein.

19. NCB denies the allegations in ¶ 19 for lack of knowledge or information sufficient to form a belief therein.

20. NCB denies the allegations in ¶ 20 for lack of knowledge or information sufficient to form a belief therein.

21. NCB denies the allegations in ¶ 21.

22. NCB denies the allegations in ¶ 22 for lack of knowledge or information sufficient to form a belief therein.

23. NCB denies the allegations in ¶ 23.

24. NCB denies the allegations in ¶ 24.

25. NCB denies the allegations in ¶ 25.

26. NCB denies the allegations in ¶ 26.

27. NCB denies the allegations in ¶ 27.

28. NCB denies the allegations in ¶ 28.

29. NCB denies the allegations in ¶ 29.

30. NCB denies the allegations in ¶ 30.

31. NCB denies the allegations in ¶ 31 as calling for a legal conclusion.

32. NCB denies the allegations in ¶ 32.

33. NCB denies the allegations in ¶ 33 as calling for a legal conclusion.

34. NCB denies the allegations in ¶ 34 as calling for a legal conclusion.

35. NCB denies the allegations in ¶ 35.

36. NCB denies the allegations in ¶ 36 as calling for a legal conclusion.

37. NCB denies the allegations in ¶ 37.

38. NCB denies the allegations in ¶ 38 as calling for a legal conclusion.

39. NCB denies the allegations in ¶ 39 as calling for a legal conclusion.

40. NCB denies the allegations in ¶ 40.

41. NCB denies the allegations in ¶ 41.

42. NCB denies the allegations in ¶ 42.

43. NCB denies the allegations in ¶ 43.

44. NCB denies the allegations in ¶ 44.

45. NCB denies the allegations in ¶ 45.

46. NCB denies the allegations in ¶ 46.

## Count I:
## Violation of the FCRA, 15 U.S.C. §1681s-2(b)(1)(A) against Respondent NCB

47. NCB reasserts the foregoing as if fully stated herein.

48. NCB denies the allegations in ¶ 48 as calling for a legal conclusion.

49. NCB denies the allegations in ¶ 49.

50. NCB denies the allegations in ¶ 50.

51. NCB denies the allegations in ¶ 51.

52. NCB denies the allegations in ¶ 52.

53. NCB denies the allegations in ¶ 53.

54. NCB denies the allegations in ¶ 54.

55. NCB denies the allegations in ¶ 55.

## Count II:
## Violation of the FCRA, 15 U.S.C. S 1 68 ls-2(b)(1)(B) against

**Respondent NCB**

56. NCB reasserts the foregoing as if fully stated herein.

57. NCB denies the allegations in ¶ 57.

58. NCB denies the allegations in ¶ 58 as calling for a legal conclusion.

59. NCB denies the allegations in ¶ 59 as calling for a legal conclusion.

60. NCB denies the allegations in ¶ 60 as stated and as calling for a legal conclusion.

61. NCB denies the allegations in ¶ 61.

62. NCB denies the allegations in ¶ 62 as stated as and calling for a legal conclusion.

63. NCB denies the allegations in ¶ 63.

64. NCB denies the allegations in ¶ 64.

65. NCB denies the allegations in ¶ 65.

66. NCB denies the allegations in ¶ 66.

67. NCB denies the allegations in ¶ 67.

**COUNT III:**
**Violation of the FCRA, 15 U.S.C. §1681s-2(b)(l)(C) against**
**Respondent NCB**

68. NCB reasserts the foregoing as if fully stated herein.

69. NCB denies the allegations in ¶ 69.

70. NCB denies the allegations in ¶ 70.

71. NCB denies the allegations in ¶ 71.

72. NCB denies the allegations in ¶ 72.

## COUNT IV:
### Violation of the FCRA, 15 U.S.C. §1681s-2(b)(1)(D) against Respondent NCB

73. NCB reasserts the foregoing as if fully stated herein.

74. NCB denies the allegations in ¶ 74.

75. NCB denies the allegations in ¶ 75.

76. NCB denies the allegations in ¶ 76.

77. NCB denies the allegations in ¶ 77.

## COUNT V:
### Violation of the FCRA, 15 U.S.C. §1681s-2(b)(1)(E) against Respondent NCB

78. NCB reasserts the foregoing as if fully stated herein.

79. NCB denies the allegations in ¶ 79 as calling for a legal conclusion.

80. NCB denies the allegations in ¶ 80.

81. NCB denies the allegations in ¶ 81.

82. NCB denies the allegations in ¶ 82.

83. NCB denies the allegations in ¶ 83.

84. NCB denies the allegations in ¶ 84.

85. NCB denies the allegations in ¶ 85.

86. NCB denies the allegations in ¶ 86.

## COUNT VI:
## Violation of the FDCPA, 15 U.S.C. §1692e against Respondent NCB

87. NCB reasserts the foregoing as if fully stated herein.

88. NCB denies the allegations in ¶ 88 as calling for a legal conclusion.

89. NCB denies the allegations in ¶ 89.

90. NCB denies the allegations in ¶ 90.

91. NCB denies the allegations in ¶ 91.

92. NCB denies the allegations in ¶ 92.

93. NCB denies the allegations in ¶ 93.

94. NCB denies the allegations in ¶ 94.

95. NCB denies the allegations in ¶ 95.

96. NCB denies the allegations in ¶ 96.

## Jury Demand and Prayer for Relief

NCB denies that plaintiff is entitled to any relief, including the relief sought.

## **AFFIRMATIVE DEFENSES**

1. To the extent that any violations are established, any such violations were not intentional and resulted from *bona fide* error notwithstanding the maintenance of procedures reasonably adopted and specifically intended to avoid any such error.

2. NCB denies any liability; however, regardless of liability, plaintiff has suffered no actual damages as a result of NCB's purported violations.

3. One or more claims asserted by plaintiff are barred by the statute of limitations, laches, estoppel, waiver and/or unclean hands.

4. Assuming that plaintiff suffered any damages, he has failed to mitigate his damages or take other reasonable steps to avoid or reduce his damages.

5. Any harm suffered by plaintiff was legally and proximately caused by persons or entities other than NCB and were beyond the control or supervision of NCB or for whom NCB was and is not responsible or liable.

6. Part or all of Plaintiff's claims are barred by NCB's reasonable procedures to ensure compliance with the FCRA.

7. NCB reasonably relied on the information and documentation provided to it by its client in seeking any information from a credit reporting agency.

8.  Plaintiff has failed to state a claim against NCB upon which relief may be granted.

9.  Upon information and belief, plaintiff's claims are barred by a binding arbitration agreement.

WHEREFORE, Defendant, NCB Management Service INC., respectfully requests the Court dismiss this action with prejudice and grant it any other relief the Court deems appropriate.

Date:  August 5, 2024				Respectfully submitted,

*/s/ Kirsten H. Smith*
Kirsten H. Smith (#702220)
SESSIONS, ISRAEL & SHARLTE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 846-7943
Facsimile:  (504) 828-3737
Email: ksmith@sessions.legal
*Attorney for Defendant*
*NCB Management Services Inc.*

## CERTIFICATE OF SERVICE & COMPLIANCE

I hereby certify that on August 5, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court and served via US Mail on the pro se plaintiff at his address listed in the Court's docket.

I additionally certify that the above-referenced document has been prepared in Times New Roman (14 point) font and this satisfies the font size requirements of this Court.

*/s/  Kirsten H. Smith*
Kirsten H. Smith