**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **GARY MITCHELL,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**NCB MANAGEMENT SERVICES, INC.,**<br><br>    **Defendant.** | **CIVIL ACTION NO.<br>1:24-CV-2236-SCJ-CCB** |

## ORDER

This matter is before the Court because it appears that the parties have not filed a joint preliminary report and discovery plan (JPRDP) as required by Local Rule 16.2. Plaintiff initiated this action on May 21, 2024. (Doc. 1).[1] Defendant NCB Management Services, Inc. filed an answer on August 5, 2024. (Doc. 9).

The Local Rules of this Court require an early planning conference to "be held within sixteen days after the appearance of a defendant by answer or motion." LR 16.1, NDGa; *see also* Fed. R. Civ. P. 26(f). The Local Rules also require a JPRDP to "be filed within thirty days after the appearance of the first defendant

---

[1] Plaintiff applied to proceed *in forma pauperis* on May 21, 2024. (Doc. 1). The Court granted his application, (Doc. 2), and his complaint was docketed on May 22, 2024, (Doc. 3).

by answer or motion." LR 16.2, NDGa. Because Defendant answered the complaint on August 5, 2024, the early planning conference should have been held by August 21, 2024, and the JPRDP should have been filed by September 4, 2024.

The parties are therefore **ORDERED** to conduct an early planning conference under Local Rule 16.1 if they have not already done so. The parties are also **ORDERED** to file a JPRDP by **September 30, 2024.**[2] This order does not modify the end of discovery or any other deadlines in the case.

**IT IS SO ORDERED,** this 6th of September, 2024.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE

---

[2] The Local Rules permit separate reports because Plaintiff is *pro se*. However, the Court encourages the parties to file a joint preliminary report if possible.