**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GARY MITCHELL,

    Plaintiff,

                                         Case No. 1:24-cv-02236-SCJ-CCB

v.

NCB MANAGEMENT SERVICES, INC.

    Defendants.

_____/

**<u>DEFENDANT, NCB MANAGEMENT SERVICES, INC.'S,
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

    Defendant, NCB Management Services, Inc., by and through its undersigned attorney, files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Rule 7.1 of the Federal Rules of Civil Procedure, and states as follows:

    (1)    The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a.    Gary Mitchell, plaintiff;

1

  b. NCB Management Services, Inc., defendant;

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

 None.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

  a. Gary Mitchell, plaintiff

  b. Kirsten H. Smith, Sessions, Israel & Shartle, LLC, counsel for defendant, NCB Management Services, Inc.; and

Dated: October 14, 2024    Respectfully Submitted,

            */s/ Kirsten H. Smith*
            Kirsten H. Smith, Esq.
            Georgia Bar No. 702220
            SESSIONS, ISRAEL & SHARTLE, LLC
            3838 N. Causeway Blvd., Suite 2800
            Metairie, LA 70002
            Telephone: (504) 846-7943
            ksmith@sessions.legal
            *Counsel for Defendant*
            *NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2024, a copy of the foregoing was filed electronically via CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff as described below.

> Gary J. Mitchell, Jr.
> 1647 Watersprings Way
> Dacula, GA  30019

*/s/ Kirsten H. Smith*
Attorney